# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

### STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number: 12-39420 GMB

Debtor: Georgia A. Kay

| Check Number | Creditor | Amount |
|---|---|---|
| 1834606 | Citimortgage, Inc. | 1549.09 |

*/s/ Isabel C. Balboa*

Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   February 11, 2014